UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                                     Chapter 7

Passport USA Inc.,                     Case No. 19-48625
a/k/a Passport Pizza,

                                                              Hon. Phillip J. Shefferly

       Debtor.
_____/

## ORDER TO SHOW CAUSE

On June 10, 2019, Passport USA Inc. initiated this case by filing a Chapter 7 petition (ECF No. 1). The petition states that Passport USA Inc. is a corporation and it is signed by Michael Bischoff, stating that he is an authorized representative of the Debtor. In the place on the petition for an attorney signature, the petition states "Lawyer to be determined."

E.D. Mich. LBR 9010-1(a)(1) states that:

> A corporation, partnership or other entity other than an individual may not file a petition or other paper, nor appear as a debtor, plaintiff, defendant or other party in an adversary proceeding, unless it is represented by an attorney duly admitted to, and in good standing with, the bar of the United States District Court for this district.

Because Passport USA Inc. is a corporation, it cannot file a petition or other paper in this case unless it is represented by an attorney. Accordingly,

**IT IS HEREBY ORDERED** that the Debtor must appear at a hearing to be held on **June 28, 2019 at 9:30 a.m.**, before the Honorable Phillip J. Shefferly, in Courtroom 1975, 211 West Fort Street, Detroit, Michigan 48226, to show cause why the Court should not dismiss this case because of non-compliance with Local Bankruptcy Rule 9010-1(a)(1).

**Signed on June 20, 2019**



/s/ Phillip J. Shefferly
Phillip J. Shefferly
United States Bankruptcy Judge