UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

Passport USA INC

CASE NO: 19-48625-PJS
CHAPTER: 7
JUDGE: Sheffely

Debtor.

_____/

MOTION FOR/TO Extend time to file schedules And Retain Attorney

NOW COMES Debtor(s), and brings this motion. In support of Debtor(s)'s motion, Debtor states the following [state the facts]:

1. Debtor Needs time to Retain AN Attorney for Complicated case. Also Lack of funds for Attorney

2. Debtor Request Additional 21 Day to Retain Attorney And Get schedules in.

3. Debtor requests Grant Additional time to ~~Reth~~ Retain Attorney And Get schedules in.

WHEREFORE, Debtor requests this Court to consider Debtor's Motion and afford Debtor what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Dated: 6-24-19

Respectfully submitted,

_____
(Debtor's Signature)
Print Name: Michael Bischoff

_____
(Co-Debtor's Signature)
Print Name: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

Passport USA Inc

CASE NO: 19-48625-PJS
CHAPTER: 7
JUDGE: Sheffely

Debtor.
_____/

ORDER GRANTING MOTION TO/FOR Extend time to file Schedules and retain Attorney

This matter having come before the Court on Debtor's motion, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.